# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR4666-MMA |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RAMON MARTINEZ BANUELOS JR, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21:952 and 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/15/2011

Mitchell D. Dembin
U.S. Magistrate Judge



FILED
NOV 15 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY